IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MICHAEL MORADIAN,

      Appellant,

v.

Case No.    5D22-1381
LT Case No. 2021-CA-008104-O

CRISTIANE GUSMAO DE ASSIS,
FABIANO CASTILHOS DOS SANTOS,
ANTONIO CARDOSO, MARK CRUZ,
AND HOME OWNERS TITLE, INC.,

      Appellees.

_____/

Decision filed December 30, 2022

Nonfinal Appeal from the Circuit Court
for Orange County,
A. James Craner, Judge.

Michael Diaz, Jr., Marta Colomar
Garcia, Evan Stroman and Zhen Pan, of
Diaz, Reus & Targ, LLP, Miami, for
Appellant.

Benjamin Rust, II, of The Law Offices of
Benjamin D. Rust, II, LLC, Orlando, for
Appellees, Cristiane Gusmao de Assis
and Fabiano Castilhos dos Santos.

No Appearance for other Appellees.

PER CURIAM.

     AFFIRMED.

COHEN, NARDELLA and WOZNIAK, JJ., concur.